René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA  90028
Telephone:    (213) 225-7171
Facsimile:    (213) 225-7151
E-mail:        rtatro@ttsmlaw.com
               jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WITTMAN, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC.;<br><br>               Defendant. | Case No. 5:26-cv-02827-SSS (DTBx)<br><br>**JOINT STIPULATION RE RESPONSE TO COMPLAINT**<br><br>*[Proposed] Order filed herewith*<br><br>Complaint served:       May 28, 2026<br>Current response date: July 20, 2026<br>New response date:      August 3, 2026 |

WHEREAS Plaintiff Helen Wittman ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant") previously stipulated and agreed, pursuant to Local Rule 8-3 of the Local Rules of the U.S. District Court for the Central District of California, to extend by 30 days, *i.e.*, until July 20, 2026, the deadline for Defendant to respond to Plaintiff's Class Action Complaint, which was served on Defendant on May 28, 2026;

WHEREAS the parties have been discussing an informal resolution of this action and would like additional time to explore that possibility before Defendant responds to the complaint in this action;

NOW THEREFORE, the parties STIPULATE and AGREE, subject to Court approval, as follows:

1. Defendant shall have two additional weeks, *i.e.*, until August 3, 2026, to respond to the complaint in this action;

2. Plaintiff shall have until September 11, 2026, or the deadline otherwise required by the applicable Local Rules or the Federal Rules of Civil Procedure, whichever is later, to file an opposition to any motion or other response filed by Defendant, or to file an amended complaint.

This stipulation is without prejudice to any rights or remedies available to any party and shall not be used against any party for any purpose in these proceedings.

Dated:  July 20, 2026            TATRO TEKOSKY SADWICK LLP

By:_____/s/ *René P. Tatro*_____
        René P. Tatro, Esq.
        Attorneys for Defendant CVS Pharmacy, Inc.

Dated:  July 20, 2026            CROSNER LEGAL, P.C.

By: /s/ Lilach H. Klein
        Lilach H. Klein, Esq.
        Attorneys for Plaintiff Helen Wittman

1

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Local Rules of the U.S. District Court for the Central District of California, I certify that all signatories concur in the content of this document and have authorized the filing of this document.

Dated: July 20, 2026                    TATRO TEKOSKY SADWICK LLP

By:_____/s/ *René P. Tatro*_____
        René P. Tatro, Esq.
        Attorneys for Defendant CVS Pharmacy, Inc.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 20th day of July 2026, I electronically filed

**JOINT STIPULATION RE RESPONSE TO COMPLAINT**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com


/s/ *Karen L. Roberts*
Karen L. Roberts