René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA  90028
Telephone:    (213) 225-7171
Facsimile:    (213) 225-7151
E-mail:        rtatro@ttsmlaw.com
               jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WITTMAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC.;<br><br>          Defendant. | Case No. 5:26-cv-02827-SSS (DTBx)<br><br>**[PROPOSED] ORDER ON STIPULATION RE RESPONSE TO COMPLAINT**<br><br>*[Proposed] Order filed herewith*<br><br>Complaint served:      May 28, 2026<br>Current response date: July 20, 2026<br>New response date:     August 3, 2026 |

Pursuant to the stipulation of the parties, it is hereby ORDERED that:

1.  Defendant CVS Pharmacy, Inc. shall have two additional weeks, *i.e.*, until August 3, 2026, to respond to the complaint in this action;

2.  Plaintiff Helen Wittman shall have until September 11, 2026, or the deadline otherwise required by the applicable Local Rules or the Federal Rules of Civil Procedure, whichever is later, to file an opposition to any motion or other response filed by Defendant, or to file an amended complaint.

IT IS SO ORDERED.

Dated: _____          _____

Honorable Sunshine S. Sykes
United States District Court Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2026, I electronically filed

## [PROPOSED] ORDER ON STIPULATION
## RE RESPONSE TO COMPLAINT

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com


/s/ *Karen L. Roberts*
Karen L. Roberts