René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.;

Defendant.

Case No. 5:26-cv-02827-SSS (DTBx)

**ORDER ON STIPULATION RE RESPONSE TO COMPLAINT**

*[Proposed] Order filed herewith*

| | |
|---|---|
| Complaint served: | May 28, 2026 |
| Current response date: | August 17, 2026 |
| New response date: | August 31, 2026 |

Pursuant to the stipulation of the parties, it is hereby ORDERED that:

1. Defendant CVS Pharmacy, Inc. shall have two additional weeks, *i.e.*, until August 31, 2026, to respond to the complaint in this action;
2. Plaintiff Helen Wittman shall have until October 9, 2026, or the deadline otherwise required by the applicable Local Rules or the Federal Rules of Civil Procedure, whichever is later, to file an opposition to any motion or other response filed by Defendant, or to file an amended complaint.

IT IS SO ORDERED.

Dated: August 17, 2026

Honorable Sunshine S. Sykes
United States District Court Judge