René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.;

Defendant.

Case No. 5:26-cv-02827-SSS (DTBx)

**DECLARATION OF RENÉ P. TATRO IN SUPPORT OF CVS PHARMACY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Honorable Sunshine S. Sykes

Date: October 16, 2026
Time: 2:00 p.m.
Dept: Riverside Ctrm. 2, 2nd Floor
(Via Zoom)

I, René P. Tatro, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner in the firm Tatro Tekosky Sadwick LLP, counsel of record for defendant CVS Pharmacy, Inc. ("CVS") in this action brought by plaintiff Helen Wittman ("Wittman"). Unless otherwise stated, I have personal knowledge of the matters set forth below, and if called as a witness in this action, I could and would testify competently thereto.

2. Attached hereto as Exhibit A are two images of CVS's Glucosamine HCl 1500 mg Chondroitin Sulfate 1200 mg, one of the products at issue in this action, which were captured today from CVS's public facing website at https://www.cvs.com/shop/cvs-glucosamine-chondroitin-capsules-120-ct-prodid-1170193.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2026 in Manhattan, Kansas.

By:______________________________

René P. Tatro

# EXHIBIT A

**EXHIBIT A – PAGE 1**



**EXHIBIT A – PAGE 2**



## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2026, I electronically filed

**DECLARATION OF RENÉ P. TATRO IN SUPPORT OF CVS PHARMACY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:


Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
ltfisher@bursor.com


/s/ *Karen L. Roberts*
Karen L. Roberts