René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.;

Defendant.

Case No. 5:26-cv-02827-SSS (DTBx)

**[PROPOSED] ORDER GRANTING CVS PHARMACY, INC.'S MOTION TO DISMISS THE COMPLAINT**

Honorable Sunshine S. Sykes

Date: October 16, 2026
Time: 2:00 p.m.
Dept: Riverside Ctrm. 2, 2nd Floor
(Via Zoom)

On October 16, 2026, defendant CVS Pharmacy, Inc.'s ("CVS") motion to dismiss the Complaint came on to be heard by the Court, the Honorable Sunshine S. Sykes presiding. Having read and considered all submissions of counsel in connection with the motion, and GOOD CAUSE appearing therefore,

IT IS HERBY ORDERED that CVS's motion to dismiss the Complaint is granted in its entirety with prejudice.

IT IS SO ORDERED.

DATED:

________________________________

Honorable Sunshine S. Sykes
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2026, I electronically filed

**[PROPOSED] ORDER GRANTING CVS PHARMACY, INC.'S MOTION TO DISMISS THE COMPLAINT**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
ltfisher@bursor.com

/s/ *Karen L. Roberts*
Karen L. Roberts