René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.;

Defendant.

Case No. 5:26-cv-02827-SSS (DTBx)

**CVS PHARMACY, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

Honorable Sunshine S. Sykes

Date: October 16, 2026
Time: 2:00 p.m.
Dept: Riverside Ctrm. 2, 2nd Floor
(Via Zoom)

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 16, 2026, at 2:00 p.m., or as soon thereafter as this motion may be heard, in Courtroom 2, located at 3470 Twelfth Street, Riverside, CA, 92501, defendant CVS Pharmacy, Inc. ("CVS") will, and hereby respectfully does, move this Court for an order (1) compelling arbitration of all claims alleged in the Complaint (Dkt. 1) filed by plaintiff Helen Wittman ("Wittman") on an individual basis pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.,* and (2) staying this entire action in favor of arbitration. At that time, CVS also will, and hereby respectfully does, move to stay all discovery and initial case scheduling deadlines pending resolution of this Motion.

PLEASE TAKE FURTHER NOTICE that the Honorable Sunshine S. Sykes's rules provide that, by default, all hearings—with some exceptions not applicable here—shall proceed remotely by video appearance on Zoom, unless a request is made by the parties at least one week before the hearing to appear in-person and is granted by the Court.

CVS makes this motion on the grounds that Wittman and CVS have a valid and binding agreement to arbitrate "[a]ny dispute or claim" including those alleged in the Complaint, and Wittman unequivocally waived the right to bring a putative class action. In other words, Wittman agreed to arbitrate her claims against CVS strictly on an individual basis. The Court may also stay all case deadlines while it considers this Motion.

CVS bases this motion on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Amanda L. Asermely filed herewith and exhibits thereto, the Declaration of Juliet A. Markowitz filed herewith, the [Proposed] Order submitted herewith, all pleadings and records on file herein, those matters of which the Court may properly take judicial notice, and such argument and other evidence that may be presented prior to and which the Court may consider at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 28, 2026, and via numerous emails between counsel, as set forth in the Declaration of Juliet A. Markowitz filed herewith.

Dated: August 31, 2026

TATRO TEKOSKY SADWICK LLP

By: /s/ *René P. Tatro*
René P. Tatro, Esq.
Attorneys for Defendant CVS Pharmacy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2026, I electronically filed

**CVS PHARMACY, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
ltfisher@bursor.com

/s/ *Karen L. Roberts*
Karen L. Roberts