René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WITTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.;<br><br>Defendant. | Case No. 5:26-cv-02827-SSS (DTBx)<br><br>**DECLARATION OF JULIET A. MARKOWITZ IN SUPPORT OF CVS PHARMACY, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Honorable Sunshine S. Sykes<br><br>Date: October 16, 2026<br>Time: 2:00 p.m.<br>Dept: Riverside Ctrm. 2, 2nd Floor<br>(Via Zoom) |

I, Juliet A. Markowitz, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner in the firm Tatro Tekosky Sadwick LLP, counsel of record for defendant CVS Pharmacy, Inc. ("CVS") in this action brought by plaintiff Helen Wittman ("Wittman"). Unless otherwise stated, I have personal knowledge of the matters set forth below, and if called as a witness in this action, I could and would testify competently thereto.

2. On July 28, 2026, following numerous emails between counsel and a detailed letter to Wittman's counsel from my partner René P. Tatro on July 1, 2026 about the issues raised in CVS's motion to compel arbitration, I had a video conference with Lilach H. Klein, counsel for Wittman, to meet and confer about the motion pursuant to L.R. 7-3.

3. In that conference, I shared with Ms. Klein CVS's position that, as more fully set forth in the accompanying memorandum of points and authorities, as a member of the CVS loyalty program, ExtraCare®, Wittman entered into valid and binding agreements with CVS to arbitrate any dispute or claim and waived the right to bring a putative class action. Ms. Klein disagreed with the positions I advocated. The parties were unable to reach agreement.

4. Both before and after the Complaint was filed, CVS advised Wittman's counsel of Wittman's obligation to arbitrate and her class action and jury trial waivers. Wittman's counsel did not provide any substantive explanation for why Wittman should be able to shirk that obligation or ignore those waivers.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2026 in Los Angeles, CA.

By:______________________________
Juliet A. Markowitz

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2026, I electronically filed

**DECLARATION OF JULIET A. MARKOWITZ IN SUPPORT OF CVS PHARMACY, INC.'S MOTION TO COMPEL ARBITRATION**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lilach H. Klein
Zachary M. Crosner
**Crosner Legal, P.C.**
9440 Santa Monica Blvd., Ste 301
Beverly Hills, CA 90210
lilach@crosnerlegal.com
zach@crosnerlegal.com

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
ltfisher@bursor.com

/s/ *Karen L. Roberts*
Karen L. Roberts