# EXHIBIT A

Logout

**Card #: 500933202** **First Name: HELEN** **Last Name: WITTMAN** **Phone: 951-285-2524**

Customer Search | Customer Maint | Family Maint | Wellness Topic | Selected Category | Transfer | POS | Campaign Listing | Provision Details | ExtraCare Plus Details

Points / Rewards | Coupons | Coupon Validation Audit | Rewards at Pharmacy | FSA | Gift With Purchase | Card Reorder | Coupon Validation Details | Customer Privacy (CCPA)

| | | | | | |
|---|---|---|---|---|---|
| Prefix | MS | Mktg Type Description | | Value | 15 |
| First Name | HELEN | Mktg Type End Date | | Customer Status | Active |
| Initial | | Referred By | | Card Status | Active |
| Last Name | WITTMAN | Target Geo Market Name | SACRAMENTO-STKTN-MDSTO CA | Membership Date | 2017-08-15 |
| Surname | | Enrollment Language | No Form Filled Out | First Scan Date | 2018-06-26 |
| Gender * | Female | Enrollment Source | IN-STORE TABLET | Last Scan Date | 2026-05-20 |
| Date of Birth (yyyy-mm-dd) | | Full Card # | [redacted] | Total Lifetime Spent | $[redacted] |
| | | Courtesy Coupon Eligibile | Y | Total Lifetime Visit | 46 |

Last Updated 2025/06/02 By RDRM404Q Source NCOA

**Address** + Add

| Pref | Type* | Quality | Address 1* | Address 2 | City* | State* | Zip* | Zip+4 | Last Upd Dt | Last Upd Src | Last Upd Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Unknown | Very Good | [redacted] | | MENIFEE | CA | [redacted] | [redacted] | 2026-04-02 | [redacted] | [redacted] |

**Phone** + Add

| Pref | Type* | Phone* | Last Upd Dt | Last Upd Src | Last Upd Id |
|---|---|---|---|---|---|
| 1 | Mobile/Cell Pho | [redacted] | 2026-04-08 | prompt response | PS2849635894 |
| 2 | SMS | [redacted] | 2026-04-08 | prompt response | PS2849635894 |

**Email** + Add

| Pref | Type* | Email* | Status | Last Upd Dt |
|---|---|---|---|---|
| 1 | Unknown | [redacted].COM | Active | 2024-10-31 |

**Options & Opts** + Add

| Option* | Opts* | Last Updated | Updated Src |
|---|---|---|---|
| SMS | Customer is enrolled in SMS | 2026-04-08 | 047 |

**Extra Care Partner Status History**

| Partner Code | Start Date | End Date | Status |
|---|---|---|---|