# EXHIBIT B

CVS My Account >

extracare®

# We've updated our ExtraCare® terms and conditions

We're writing to inform you that our ExtraCare Terms & Conditions, including Dispute Resolution terms, have been updated. By continuing to use and enjoy the benefits of your ExtraCare membership, you acknowledge that you have read and agreed to these updated terms and conditions.

Thanks for being part of the ExtraCare family!

**Review updated terms and conditions**

**Pharmacy** **MinuteClinic® & Telehealth** **Shop CVS.com®**

Having trouble viewing this email?
View online

ExtraCare® Member: Justin

Clinic Locator | Telehealth | Weekly ad | ExtraCare® | My account

Add extracare@your.cvs.com to your address book to continue receiving our emails.

View our Privacy Policy. For ExtraCare® members, view the ExtraCare Program Terms & Conditions.

You are receiving this email because you indicated you wanted email communications from CVS Pharmacy®. If you no longer wish to receive future emails from us, you can unsubscribe or update your email preferences, call 1-800-746-7287 or mail us at Customer Relations, One CVS Drive, Woonsocket, RI 02895.

Please do not reply to this email. For questions unrelated to your email preferences, contact us by calling 1-800-746-7287 or through our Customer Service page

Have feedback? Rate this email.

CVS pharmacy®

© 2025 CVS Pharmacy, Inc.
One CVS Drive, Woonsocket, RI 02895