# EXHIBIT C

# CVS Pharmacy® ExtraCare® Terms and Conditions

THESE TERMS CONTAIN AN ARBITRATION PROVISION, JURY TRIAL WAIVER, AND A CLASS ACTION WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION, THERE IS NO JUDGE OR JURY, AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT. DETAILS ARE SET FORTH BELOW. PLEASE REVIEW CAREFULLY.

Last Updated: March 17, 2025

These terms and conditions ("Terms") govern the CVS Pharmacy ExtraCare Program, including, as available, opting in to earn rewards at the pharmacy (collectively, the "ExtraCare Program"). The ExtraCare Program is operated by CVS Pharmacy, Inc. ("CVS," or "we"). By enrolling in the ExtraCare Program, you ("you" or "ExtraCare member") agree to be bound by these Terms. CVS® reserves the right to change these Terms or any aspect of the ExtraCare Program at any time.

To enable certain benefits of the ExtraCare Program, you must have an active CVS.com® account with a completed profile. You must link your ExtraCare card to your CVS.com account to get credit for online activities. Access to and use of CVS.com and associated services are subject to the CVS.com Terms of Use, which are incorporated in these Terms by reference.

## 1. ENROLLMENT

There is no fee associated with the ExtraCare Program. To enroll, you must provide the requested information by registering online at CVS.com, in the CVS Health® app or at a participating CVS Pharmacy location (some benefits may vary for non-digital users). ExtraCare members may additionally opt in to earn rewards at the pharmacy if they complete a privacy authorization, as described below. CVS reserves the right to limit or modify enrollment at any time and to accept or refuse participation at our discretion. Members may sign up for their own ExtraCare card. It is permissible for member cards to become household cards for family members to share. Some ExtraCare offers may be limited to a member's ExtraCare card; others may be available to an ExtraCare member's household. Participation in the ExtraCare Program is personal and non-transferable. Only natural persons transacting in their personal capacity and ages 18+ are eligible to participate (minors and pets are permitted to participate via householding for some programs). Membership is personal, nontransferable and nonsalable and is limited to one account per individual. The ExtraCare Program may not be used for business or commercial purposes. The resale of products in connection with the ExtraCare Program is specifically prohibited. No business entities, third-party aggregators, organizations or

groups may register for the ExtraCare Program, or receive or redeem ExtraBucks Rewards® or other benefits.

Visit our Privacy Policy regarding use of personal information. You agree to provide true, accurate and current contact information, and CVS is not responsible for your inability to receive or redeem benefits or other losses if you fail to do so.

**2. EXTRACARE PROGRAM BENEFITS**

ExtraBucks Rewards and coupons. ExtraCare Program members receive: (a) special offers made available via a variety of CVS channels, which may include (without limitation) email, direct mail, text messages, the CVS Health app, the ExtraCare Coupon Center and in-store receipts; and (b) savings on sale items advertised via in-store, print and online weekly ads. You must present your ExtraCare card (physical or digital) or registered account phone number ("Account Information") every time you shop to receive the following benefits:

- 2% back in ExtraBucks Rewards on qualifying purchases. ExtraCare members receive 2% in ExtraBucks Rewards on qualifying purchases. This 2% is calculated based on purchase price minus coupons, discounts and third-party fees (if applicable), and before taxes are applied. For all ExtraCare members, your receipt will direct you to the CVS Health app and CVS.com for tracking and redemption of your ExtraBucks Rewards. Your rewards experience may vary depending on how you choose to access your ExtraBucks Rewards:

    - For CVS Health app and CVS.com users: ExtraBucks Rewards accrue with every transaction of 50¢ or more, and you can choose to redeem your rewards on your next purchase or allow your rewards to accumulate. Rewards for qualifying purchases are made available in the CVS Health app or through CVS.com. Any ExtraBucks Rewards over $1 that are unused and have not been sent to your ExtraCare card will be reissued to you on your print receipt at the end of each calendar quarter. Aggregate reward values that are under $1 will not be reissued as one coupon. Reward values issued that are in total less than $1 will remain in our app and on CVS.com as individual coupons.

    - For members whose ExtraCare card numbers are not linked to the CVS Health app or CVS.com: Those who do not elect to redeem rewards using a digital method will receive a quarterly printout of their accumulated rewards balance. A minimum $50 purchase over the course of 90 days is required to accrue rewards.

- 2% back in ExtraBucks Rewards cannot be earned on: alcohol, bag fees, bottle deposits, bus and transit passes, copays, certain CVS Optical® purchases, CVS Photo purchases (in store or online), CVS promotional items, donations, ephedrine/pseudoesphedrine products, ExtraCare Plus® membership fees, faxes, gift cards, hunting and fishing licenses, lottery tickets, magazines, milk (where required by law or regulation), money orders, newspapers, packaging services, photo copies, postage stamps, prepaid cards, prepaid phones and accessories, prescriptions, purchases fulfilled by DoorDash or other third parties, Rug Doc rentals, and any imposed governmental fees or items reimbursed by a government-funded health plan.

- Limit of $5 ExtraBucks Rewards earned for any single transaction, with maximum of five qualifying transactions and $25 ExtraBucks Rewards per day per card.

- In order to receive ExtraCare earnings for purchases made through third-party shopping services (e.g., Instacart and Shipt, such services called "Delivery Marketplace"), you must have a valid, accurate and up-to-date ExtraCare membership and correctly enter the account number. Your ExtraCare earnings will be based on in-store shelf pricing for then-current purchase in the store shopped, which may vary slightly versus Delivery Marketplace pricing, and will exclude any delivery or other fees charged by the Delivery Marketplace vendor. CVS is not responsible for errors in entry or processing of ExtraCare numbers for Delivery Marketplace purchases. ExtraCare earnings for Delivery Marketplace purchases will be shown on CVS.com or in the CVS Health app. ExtraCare earnings for Delivery Marketplace purchases will be shown on CVS.com or in the CVS Health app and may take up to 48 hours to appear.

- 2% back ExtraBucks Rewards expire 90 days from the end of each calendar quarter following their date of issue (March 31, June 30, September 30, December 31). ExtraCare members must redeem ExtraBucks Rewards before their stated expiration date.

○ Birthday. $3 ExtraBucks Rewards for your birthday, provided that your ExtraCare membership is active and you (a) have included your birth date on your ExtraCare member information; and (b) are signed up to receive email, text messages and/or mobile app push notification ("Push Notifications")

from CVS at least four weeks ahead of your birthday. Limited to one per calendar year per card.

- Deals for you. Special offers are customized to ExtraCare members and made available through multiple communication channels as determined by CVS, including email, text messages, push or in-app notifications, print and digital receipts, direct mail, and the ExtraCare Coupon Center. Offers must be sent to your ExtraCare card or printed and presented at purchase to be activated on your ExtraCare account. Offer must be used by stated expiration date (no rain checks). Offers are subject to the CVS Coupon Policy.
- Sale pricing. Additional offers and sale pricing may be available for ExtraCare members in store, online and/or in the CVS Health app. ExtraCare card or phone number is required for sale price to be applied. Offers must be redeemed within the applicable promotional time period.

**How to use and redeem benefits**

To redeem ExtraBucks Rewards, present the ExtraBucks Rewards coupon and associated ExtraCare member information to cashier on a subsequent transaction at CVS Pharmacy stores in the United States, or as directed on CVS.com. Your ExtraBucks Rewards coupon will expire if not redeemed as designated on the coupon. You are able to send available deals and coupons to your ExtraCare card from CVS.com, the CVS Health app, digital receipts and CVS Pharmacy email. Click or tap on the Send to Card® icon and view the success indicator on the landing page to ensure it was loaded properly. ExtraBucks Rewards may not be used to make Delivery Marketplace services such as Instacart and Shipt or other third-party purchases.

ExtraBucks Rewards cannot be used for purchases at affiliated businesses such as MinuteClinic®, CVS Pharmacy at Target, Navarro®, Schnucks, or CVS Optical or on alcohol, copays, deposits, ephedrine/pseudoephedrine products, gift cards, local exclusions, lottery tickets, milk (where required by law or regulation), money orders, other fees, postage stamps, prepaid cards, prescriptions and taxes. Local exclusions may apply. No cash back. Rewards and benefits available via the ExtraCare Program have no cash value; are not redeemable for cash, gift certificates or gift cards; are purely promotional; and do not constitute property of any ExtraCare member. No portion of any payment for purchases qualifying for the ExtraBucks Rewards constitutes consideration paid for any of the foregoing. CVS reserves the right to limit the redemption of specific ExtraBucks Rewards and limit the number of ExtraBucks Rewards available.

### 3. REWARDS AT THE PHARMACY

ExtraCare members are eligible to opt in to receive free rewards at the pharmacy. You must first complete a Privacy Authorization to receive rewards at the pharmacy, which allows CVS Pharmacy to use and share your personal information, to administer the program and to send you communications. Obtaining your authorization is required by the Health Information Portability and Accountability Act ("HIPAA"), the federal law that creates certain rights for your protected health information, as well as similar state laws in many states. Members must complete their Privacy Authorization individually, and those 16 and older may complete it with the permission of a parent or guardian. Parents or guardians may complete the Privacy Authorization for children under 16. If you revoke your Privacy Authorization, participation to earn rewards at the pharmacy is terminated and any existing accumulated credits will be removed from your ExtraCare Program record.

By opting in, you will earn credits by purchasing eligible prescriptions or engaging in an eligible activity at a CVS Pharmacy location in the United States, with certain location limitations (as described below). You will receive $2 ExtraBucks Rewards when you accumulate 4 credits. Ways to earn credits toward your ExtraBucks Rewards include, but are not limited to:

- Purchasing a 30 day supply of an eligible prescription (1 credit).
- Purchasing a 90 day supply of an eligible prescription (3 credits).
- Receiving a flu shot, COVID-19 vaccination or other vaccination from a CVS certified immunizer (4 credits).
- Opting in family members or pets on your ExtraCare card for rewards at the pharmacy (1 credit per enrollment, limited to 5 per ExtraCare card).

CVS may make modifications to this list, including adding eligible activities or determining that an activity is no longer eligible to earn credits, at any time. If any new activities will use or disclose different information than initially authorized, you will be asked to opt in before CVS Pharmacy will use or disclose such information. If you earn more than 4 credits, your ExtraBucks Rewards may not be issued on the same date.

Each individual on a household ExtraCare membership can earn up to $50 ExtraBucks Rewards in a calendar year. Rewards balances will be reset on December 31 each year. When individuals opt in to earn rewards at the pharmacy as a family and share an ExtraCare card, their credits will be consolidated and the ExtraBucks Rewards will be issued when the combined total accumulated consolidated credits is 4. Each individual's earned credits will be separately tracked for purposes of determining annual ExtraBucks

Rewards value. The ExtraBucks Rewards will be issued to the ExtraCare card associated with the eligible activity that earns the ExtraBucks Rewards. CVS reserves the right to limit the number of individuals that may be added to a household ExtraCare membership and eligible to earn rewards at the pharmacy. Credits earned for receiving a flu shot are not counted toward the $50 rewards limit at the pharmacy.

For information about your accumulated credits, please check your CVS Pharmacy receipt, the CVS Health app or call 1-800-SHOP CVS 1-800-746-7287 (TTY:711).

Rewards at the pharmacy are valid only in the United States and are not available in Arkansas, New Jersey, New York or where otherwise prohibited by law. Transferred prescriptions may not be eligible to accumulate credits toward your ExtraBucks Rewards in all states, including Alabama, Mississippi or Oregon. Controlled substance prescriptions purchased in Hawaii, Louisiana or where otherwise prohibited by law are not eligible to accumulate credits toward your ExtraBucks Rewards.

ExtraBucks Rewards will be issued approximately one week after being earned. Rewards for qualifying purchases accumulate and are reflected on your receipt, at the ExtraCare Coupon Center, in the CVS Health app and through CVS.com. ExtraBucks Rewards earned in connection with rewards at the pharmacy are subject to the same restrictions on redemption as ExtraBucks Rewards earned for other CVS Pharmacy programs as provided above.

CVS Pharmacy at Target customers may request a $2 Target merchandise coupon (the "Target Coupon") in lieu of receiving ExtraBucks Rewards. The Target Coupon is available at CVS Pharmacy at Target only, provided the reward has been issued but not yet accessed through CVS.com or the CVS Health app or printed at a stand-alone CVS Pharmacy store. The Target Coupon is redeemable at Target stores only.

CVS Pharmacy at Schnucks customers will have a $2 Schnucks Shopping Pass print in lieu of receiving ExtraBucks Rewards. The Schnucks Shopping Pass is redeemable at Schnucks stores only, provided the reward has been issued but not yet accessed through CVS.com, the CVS Health app or printed at a stand-alone CVS Pharmacy store. If, after successfully earning ExtraBucks Rewards at a Schnucks pharmacy, the individual visits a stand-alone CVS Pharmacy store, or a CVS Pharmacy at Target, that individual will receive their reward at that location based upon existing program rules. Additional restrictions for redemption toward eligible Schnucks items may apply and will be at the discretion of Schnucks.

## 4. EXTRACARE PLUS™

ExtraCare members can enroll in ExtraCare Plus, a paid membership program offering free same-day delivery of prescriptions from our local pharmacies, a 20% discount on CVS Health® brand products every day and more great benefits. Find ExtraCare Plus details here.

## 5. CVS PHARMACY COUPON POLICY

CVS Pharmacy coupons (ExtraCare coupons and other store-issued coupons), all ExtraBucks Rewards benefits and third-party manufacturer coupons are accepted in our stores subject to our Coupon Policy and as required by law. Visit the FAQs to learn more about coupons and rewards.

## 6. COMMUNICATIONS ABOUT PRODUCTS AND SERVICES

ExtraCare members receive communications about new and existing products and services. These communications may be customized to ExtraCare members based on demographics, purchase history or other information we have about you. These communications are made available through multiple communication channels as determined by CVS, including email, text messages, push or in-app notifications, print and digital receipts, and direct mail.

## 7. CANCELLATION; TERMINATION

CVS reserves the right to modify, suspend, or terminate, at its sole and absolute discretion, the ExtraCare Program in its entirety at any time, for any reason, without notice. CVS may in its sole discretion suspend or terminate your membership if CVS believes you have abused your privileges, acted inconsistently with these Terms or the law, or acted in a manner harmful to CVS. Termination by CVS of your ExtraCare membership will result in cancellation of all associated benefits, including the ability to earn rewards at the pharmacy, and CVS has no obligation to refund or credit you any amount following such termination by CVS. In some cases, you may still receive messages (which may have been scheduled prior to the membership termination) after termination of enrollment in the ExtraCare Program. CVS shall be the sole arbiter in cases of suspected abuse, fraud or violation of these Terms, and any decision it makes relating to termination or disabling of ExtraCare membership shall be final and binding.

## 8. DISCLAIMER OF WARRANTIES/LIMITATION OF LIABILITY

You agree that use of, and participation in, the ExtraCare Program is at your sole risk. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL CVS OR ITS SUPPLIERS OR VENDORS OR ITS OR THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, AGENTS, AFFILIATES, LICENSORS OR PARTNERS (COLLECTIVELY, "CVS PARTIES") BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM ANY LOSS OF USE, LOSS OF DATA, LOSS OF PROFITS, BUSINESS INTERRUPTION, LITIGATION OR OTHER PECUNIARY LOSS, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE, OPERATION OR PERFORMANCE OF THE EXTRACARE PROGRAM, OR WITH INABILITY TO PROVIDE OR USE ANY BENEFITS, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

The ExtraCare Program and all services and benefits offered therein are provided on a strictly "as is" and "as available" basis. CVS MAKES NO WARRANTY WITH REGARD TO ANY PRODUCTS, SERVICES OR REWARDS OBTAINED THROUGH THE EXTRACARE PROGRAM. CVS MAKES NO WARRANTY THAT THE EXTRACARE PROGRAM WILL BE UNINTERRUPTED, TIMELY OR ERROR FREE, NOR DOES CVS MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE EXTRACARE PROGRAM.

## 9. NOTICES; ELECTRONIC COMMUNICATIONS

CVS will give notices for the ExtraCare Program, at its sole discretion, except as required by law, by email, regular mail, general posting on CVS.com or postings in participating CVS Pharmacy locations, or through other methods deemed appropriate by CVS or permitted under law. You agree that all agreements, notices, disclosures and other communications we provide to you electronically satisfy any legal requirement that such communications be in writing. We may send you email and other communications related to the ExtraCare Program and your ExtraCare membership (regardless of any settings or preferences related to your ExtraCare membership or CVS.com account).

## 10. GOVERNING LAW

These Terms, all transactions related to the ExtraCare Program and all related matters, regardless of your location, are governed and construed solely in accordance with the laws of New York, excluding any rules of private international law or conflict of laws that would lead to application of other laws. Our failure to insist upon strict performance of any of these Terms shall not be construed as a waiver of any provision or right. If any part of these

Terms is ruled to be unenforceable, such part shall be severed, with the remainder of the Terms remaining in full force and effect.

## 11. DISPUTE RESOLUTION

**ARBITRATION AGREEMENT; JURY TRIAL WAIVER; CLASS ACTION WAIVER; JURISDICTION AND VENUE.**

PLEASE READ THIS SECTION CAREFULLY. IT CONTAINS AN ARBITRATION AGREEMENT. THIS SECTION MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. THIS SECTION ALSO CONTAINS PROCEDURES FOR FINAL BINDING INDIVIDUAL ARBITRATION AND A WAIVER OF ANY AND ALL RIGHTS TO PROCEED IN A CLASS, COLLECTIVE, CONSOLIDATED, PRIVATE ATTORNEY GENERAL, OR REPRESENTATIVE ACTION (COLLECTIVELY, "CLASS ACTION") IN ARBITRATION OR LITIGATION.

THIS SECTION ALSO ADDRESSES THAT YOU AND CVS ARE GIVING UP THE RIGHT TO HAVE A JURY TRIAL TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW AND TO FILE OR PARTICIPATE IN A CLASS ACTION SUBJECT TO THE LIMITED EXCLUSION BELOW. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY, AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

Most customer concerns can be resolved by calling Customer Service at 1-800-SHOP CVS 1-800-746-7287 (TTY:711). In the event Customer Service is unable to resolve a complaint to your satisfaction, this Section explains how any Dispute (as defined below) will be resolved.

For purposes of this Section, the terms "CVS," "our," "we," or "us" include CVS Pharmacy, Inc., its subsidiaries or affiliates, as well as any of their respective present or future affiliates or subsidiaries, and any persons or entities (including agents, representatives, or employees) related to CVS or its present or future affiliates or subsidiaries.

a) **Arbitration Agreement.** YOU AND CVS AGREE THAT ANY DISPUTE (DEFINED BELOW) SHALL BE RESOLVED BY FINAL AND BINDING INDIVIDUAL ARBITRATION EXCEPT AS OTHERWISE PROVIDED HEREIN. NOTWITHSTANDING THE FOREGOING, EITHER PARTY MAY ELECT TO HAVE INDIVIDUAL CLAIMS HEARD IN SMALL CLAIMS COURT IF THOSE CLAIMS QUALIFY FOR SMALL CLAIMS COURT AND SO LONG AS THE MATTER REMAINS IN

SUCH COURT AND IS NOT REMOVED OR APPEALED TO A COURT OF GENERAL JURISDICTION AND ADVANCES ONLY ON AN INDIVIDUAL (NON-CLASS ACTION BASIS). ANY DISPUTE OVER WHETHER CLAIMS QUALIFY FOR SMALL CLAIMS COURT IS FOR THE SMALL CLAIMS COURT TO DECIDE IN THE FIRST INSTANCE AND, IF NECESSARY, FOR A COURT OF COMPETENT JURISDICTION TO DECIDE.

You and CVS agree that this Agreement affects interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and federal arbitration law apply to this Arbitration Agreement and govern all questions as to whether a Dispute is subject to arbitration.

For purposes of this Section, "Dispute" shall include, but is not limited to, any claims or controversies between you and CVS that are related in any way to this Agreement, including, but not limited to, your use of the Site, sales, returns, refunds, cancellations, defects, policies, privacy, advertising, and/or any communications between you and CVS, whether occurring on the Site, in-store, or otherwise, even if the Dispute arises after the termination of your relationship with CVS. "Dispute" also includes, without limitation, claims that: (a) you bring against CVS; (b) CVS brings against you; (c) in any way relate to or arise out of any aspect of the relationship between you and CVS, whether based in contract, tort, statute, fraud, misrepresentation, advertising claims, or any other legal theory; (d) arose before you entered into this Agreement or out of a prior agreement with CVS (including, without limitation, claims relating to advertising); (e) are subject to ongoing litigation where you are not a party or a member of a certified class; and/or (f) arise after the termination of this Agreement. "Dispute," however, does not include disagreements or claims concerning patents, copyrights, trademarks, and trade secrets and claims of piracy or unauthorized use of intellectual property or claims for personal bodily injury, which shall not be subject to arbitration or the notice and informal process described below. The arbitrator shall decide all issues except for: (a) those that are specifically reserved for a court herein; (b) those issues relating to the scope, validity, and enforceability of the Arbitration Agreement or any of the provisions of this Section; (c) any issues arising from or relating to the arbitrability of any Dispute; and (d) whether the arbitration administrator cannot or will not administer the arbitration in accordance with this Arbitration Agreement—all of which are for a court of competent jurisdiction to decide. This Arbitration Agreement does not prevent you from bringing your Dispute to the attention of any federal, state, or local government agency.

**1. Mandatory Pre-Arbitration Informal Dispute Resolution.** You and CVS agree to engage cooperatively to try to resolve any Dispute informally prior to you or CVS initiating an arbitration proceeding. You or CVS must first send a written notice to the other party

providing a detailed description of the Dispute; your or our name and contact information (address, telephone number, email address, and account number if applicable); sufficient information to enable you or us to identify any transaction at issue (including any receipts or purchase details); and a detailed description of: (a) the nature and basis of the Dispute and any claims and (b) the nature and basis of the relief sought (including a detailed calculation of any damages). Your notice to us must be personally signed by you (and your attorney if you are represented by legal counsel). Our notice to you must be personally signed by a CVS representative (and our attorney if we are represented by legal counsel).

Your notice to CVS must be sent to CVS Pharmacy, Inc., c/o CT Corporation System, 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914. Our notice to you must be sent to the most recent contact information that you have provided to us.

For a period of 60 days from the date of receipt of a completed notice from the other party, you and we will work together using reasonable efforts to try to resolve the Dispute. If requested by us in connection with a notice initiated by you, you agree to personally participate in an individualized telephone settlement conference (and if you are represented by an attorney, your attorney may also participate) to discuss a potential early resolution of the matter. If requested by you in connection with a notice initiated by us, we agree to have a CVS representative personally participate in an individualized, telephone settlement conference (and if we are represented by an attorney, our attorney may also participate). If the Dispute is not resolved within this 60-day period (which can be extended by agreement of the parties), you or we may commence arbitration consistent with the process set forth below. Compliance with this informal dispute resolution process is mandatory and a condition precedent to initiating arbitration.

Any applicable limitations period (including statutes of limitations) shall be tolled while the parties engage in this informal dispute resolution process.

If the sufficiency of a notice or compliance with this informal dispute resolution process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and the parties agree that any arbitration shall be stayed pending resolution of the issue. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of a demand for arbitration. You or we may also elect to raise non-compliance with this informal dispute resolution process and seek relief in arbitration.

**2. Arbitration Rules and Procedures; Individualized Relief; Fees.** To begin an arbitration proceeding, you must send an arbitration demand to National Arbitration and Mediation ("NAM") with a copy to CVS Pharmacy, Inc., c/o CT Corporation System, 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914, or we must send an arbitration demand to NAM with a copy sent to you at the most current address we have on file. The arbitration demand must be accompanied by a certification of completion of the informal dispute resolution process and a copy of the notice. The arbitration demand and certification must be personally signed by you and your attorney, if you are represented by legal counsel (if you are initiating arbitration) or by a CVS representative or our attorney, if we are represented by legal counsel (if we are initiating arbitration). By filing the arbitration demand, the party and its attorney initiating the arbitration represent that to the best of their information, knowledge, and belief, formed after a reasonable inquiry that: (a) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (b) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (c) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator is expressly authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.

The arbitration will be administered by NAM under its applicable rules, including the Comprehensive Dispute Resolution Rules and Procedures and/or the Supplemental Rules for Mass Arbitration Filings, as applicable ("NAM Rules"), as modified by this Arbitration Agreement. The NAM Rules and fee information are available at www.namadr.com. If NAM is unavailable or unwilling to administer the arbitration consistent with the NAM Rules as modified by this Arbitration Agreement, the parties shall agree on an administrator that will do so. If the parties cannot agree on an administrator, they shall jointly petition a court of competent jurisdiction to appoint an administrator that will administer the arbitration consistent with the NAM Rules as modified by this Arbitration Agreement. Payment of all arbitration fees will be governed by the NAM Rules. Notwithstanding the foregoing, the arbitrator may issue an award pursuant to Federal Rules of Civil Procedure 11 and 68 as referenced in this Arbitration Agreement. CVS will consider a request to reimburse the consumer filing fee upon a demonstration of hardship. You and we agree that the parties have a shared interest in reducing the fees and costs and increasing the efficiencies associated with arbitration. Therefore, you or we may elect to engage with NAM regarding fees, and you and we agree that the parties (and your and our counsel, if you and we are represented) will work together in good faith to ensure that arbitration remains cost-

effective for all parties.

You may choose to have the arbitration conducted by a phone, video, or in-person hearing, or through written submissions, except any Dispute seeking $25,000 or more or injunctive relief shall have an in-person or video hearing. You and CVS reserve the right to request a hearing in any matter from the arbitrator. You and CVS agree that you and a CVS representative will personally appear at any hearing (along with your and our respective legal counsel, if the parties are represented by counsel). If an in-person arbitration hearing is required, then it will be conducted at a location in the United States county where you live or work or such other location agreed upon by both parties.

The arbitration will be conducted by a single arbitrator who will apply this Agreement as a court would and will adjudicate any Dispute according to applicable law and facts based upon the record only. The arbitrator shall issue a reasoned written award. The cost-shifting provisions of Federal Rule of Civil Procedure 68 shall apply and be awarded by the arbitrator if required by the Rule. The arbitration award shall have no preclusive effect in any other arbitration or proceeding that does not involve you and CVS. An award that has been satisfied may not be entered in court.

UNLESS BOTH YOU AND WE AGREE OTHERWISE, ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS, REPRESENTATIVE, COLLECTIVE, OR PRIVATE ATTORNEY GENERAL BASIS. CLAIMS OF MORE THAN ONE PERSON CANNOT BE ARBITRATED JOINTLY OR BE CONSOLIDATED WITH THOSE OF ANY OTHER PERSON. ADDITIONALLY, YOU AND CVS AGREE THAT THE ARBITRATOR MAY AWARD INDIVIDUAL RELIEF AVAILABLE IN COURT (INCLUDING, WITHOUT LIMITATION, DAMAGES, DECLARATORY, INJUNCTIVE, OR OTHER EQUITABLE RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S PARTICULAR CLAIM. THE ARBITRATOR MAY NOT ISSUE A “PUBLIC INJUNCTION.” THE ARBITRATOR DOES NOT HAVE THE POWER TO VARY THESE CLASS ACTION WAIVER PROVISIONS. IF, FOR ANY REASON, A COURT OF COMPETENT JURISDICTION HOLDS THAT THESE RESTRICTIONS ARE UNENFORCEABLE WITH RESPECT TO A PARTICULAR CLAIM OR REQUEST FOR RELIEF (SUCH AS A REQUEST FOR PUBLIC INJUNCTIVE RELIEF), AND ALL APPEALS FROM THAT DECISION HAVE BEEN EXHAUSTED (OR THE DECISION IS OTHERWISE FINAL), THE PARTIES AGREE THAT THE PARTICULAR CLAIM OR REQUEST FOR RELIEF MAY PROCEED IN A COURT OF COMPETENT JURISDICTION BUT SHALL BE STAYED PENDING ARBITRATION OF ALL REMAINING CLAIMS AND REQUESTS FOR RELIEF.

**3. Additional Procedures for Mass Filings.** You and CVS agree that these procedures (in addition to all others provided in Section) shall also apply if you choose to participate in a "Mass Filing" (defined below).

If 25 or more similar Disputes (including yours) are asserted against CVS by the same or coordinated counsel or are otherwise coordinated ("Mass Filing"), consistent with the definition and criteria of Mass Filing set forth in the NAM Rules, you understand and agree that by choosing to be part of a Mass Filing, these additional procedures shall apply, and the resolution of your Dispute might be delayed and ultimately proceed in court if not resolved through the process set forth below. The parties agree that throughout this process, their counsel shall meet and confer in an effort to informally resolve the Disputes, streamline procedures, address the informal exchange of information, modify the number of Disputes to be adjudicated and to promote efficiency, conservation of resources, and the resolution of claims.

If your claim is part of a Mass Filing, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that the Mass Filing is first submitted to NAM until your Dispute proceeds in arbitration or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this Section.

**STAGE ONE:** Counsel for the claimants and counsel for CVS shall each select 25 claims per side (50 claims total) to proceed as cases in individual arbitration proceedings as part of an initial staged process. Alternatively, either side's counsel may elect to have their 25 cases selected randomly. The number of Disputes to be selected to proceed as part of this initial staged process can be increased by agreement of counsel for the parties (and if there are fewer than 100 Disputes, all shall proceed individually in Stage One). Each of the 50 (or fewer) cases shall be assigned to a different arbitrator and proceed in individual arbitrations. If a case is withdrawn without the consent of both parties, then another Dispute shall be selected consistent with the selection process referenced above to proceed as part of this Stage One. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any administrative fees be assessed or collected in connection with those claims until they are selected to proceed to individual arbitration proceedings as part of a staged process. If after this initial set of proceedings the parties are unable to informally resolve the remaining Disputes, they shall participate in a global mediation session with a retired federal or state court judge to be jointly selected by counsel for the parties in an effort to resolve the remaining Disputes (as informed by the adjudications of cases in Stage One), and CVS shall pay the mediator's fee.

**STAGE TWO:** If the remaining Disputes have not been resolved at the conclusion of Stage One, counsel for the claimants and counsel for CVS shall each select 50 Disputes per side (100 claims total) to be filed and to proceed as cases in individual arbitrations as part of a second staged process, subject to any procedural changes the parties agree to in writing following mediation or through continuing, good faith discussions. Alternatively, either side's counsel may elect to have their 50 Disputes selected randomly. The number of Disputes to be selected to proceed as part of this second staged process can be increased by agreement of counsel for the parties (and if there are fewer than 200 Disputes, all shall proceed individually in Stage Two). No more than 3 cases may be assigned to a single arbitrator to proceed individually unless the parties agree otherwise. If a case is withdrawn without the consent of both parties, then another Dispute shall be selected consistent with the selection process referenced above to proceed as part of this Stage Two. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any administrative fees be assessed or collected in connection with those claims. After this second set of staged proceedings is completed, the parties shall engage in a global mediation session of all remaining Disputes with a retired federal or state court judge to be jointly selected by counsel for the parties in an effort to resolve the remaining Disputes (as informed by the adjudications of cases in Stages One and Two), and CVS shall again pay the mediator's fee.

Upon the completion of the global mediation session set forth in Stage Two, each remaining Dispute (if any) that is not settled or not withdrawn shall be opted out of arbitration and may only proceed in a court of competent jurisdiction consistent with this Agreement. Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of the remaining Disputes in individual arbitration proceedings consistent with the process set forth in Stage Two (except Disputes shall be randomly selected and mediation shall be elective by agreement of counsel for the parties) or through another mutually-agreeable process.

A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Mass Filings section of the Arbitration Agreement, including by enjoining the Mass Filing, and the prosecution or administration of arbitrations.

The Additional Procedures for Mass Filings section of the Arbitration Agreement and each of its requirements are essential parts of this Arbitration Agreement. If, after exhaustion of all appeals, a court of competent jurisdiction decides that this section applies to your Dispute and is not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of this Agreement.

**4. Opt-out.** You have the right to opt out of arbitration by sending your personally signed, written notice of your decision to opt out to the following address: CVS Pharmacy, Inc., c/o CT Corporation System, 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914, postmarked within 60 days of the first time you agreed to terms with CVS that included an arbitration agreement. You must include: (a) your name and residential address; (b) the email address and/or telephone number associated with your account; and (c) a clear statement that you want to opt out of arbitration and seek to have any Dispute addressed in a court of competent jurisdiction consistent with this Agreement. By opting out of arbitration, all other provisions in this Agreement, including the class action waiver and jury trial waiver, remain in effect to the fullest extent permissible by applicable law.

**5. Severability and Survival.** Except as specifically provided in the Arbitration Agreement (e.g., the Additional Procedures for Mass Filings), if any part or parts of this Arbitration Agreement is/are found by a court of competent jurisdiction to be invalid or unenforceable as to your Dispute, then such specific part or parts shall be of no force and effect and shall be severed, and the remainder of the Arbitration Agreement shall continue in full force and effect. This Arbitration Agreement will survive the termination of this Agreement.

**6. <u>Governing Law.</u>** These Terms, all transactions related to CVS and all related matters are governed by the Federal Arbitration Act, applicable federal law and/or the laws of New York, without regard to any conflict of laws rules.

**7. Future Changes to Arbitration Agreement.** If we make any future changes to this Arbitration Agreement (other than a change to our mailing address), you may reject any such change by sending your personally signed, written notice to the following address: CVS Pharmacy, Inc., c/o CT Corporation System, 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914, postmarked within 30 days of the change. Such written notice does not constitute an opt-out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and CVS in accordance with this version of the Arbitration Agreement.

**b) Waiver of Jury Trial; Waiver of Class Actions.** TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, YOU AND CVS WAIVE THE RIGHT TO A JURY TRIAL. YOU AND CVS ALSO WAIVE ANY RIGHT TO BRING OR PARTICIPATE IN A CLASS ACTION IN ARBITRATION OR IN LITIGATION IN COURT. NOTWITHSTANDING THE FOREGOING, THE PARTIES RETAIN

THE RIGHT TO PARTICIPATE IN A CLASS-WIDE SETTLEMENT.

**12. INDEMNIFICATION**

You hereby agree to indemnify, defend and hold the CVS Parties harmless from any liability, loss, claim and expense (including reasonable attorneys' fees) related to or arising out of your violation of these Terms.

**13. CONTACT US**

For questions or concerns regarding the ExtraCare Program, please contact us online or contact us as follows:

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895

Telephone: 1-888-607-4287 (TTY:711)

California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by mail at 1625 North Market Blvd., Sacramento, CA 95834, or by telephone at 1-916-445-1254 (TTY:711) or 1-800-952-5210 (TTY:711).