**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
E-mail: lilach@crosnerlegal.com
zach@crosnerlegal.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (SBN 363482)
1330 Ave. of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.,

Defendant.

Case No. 5:26-cv-02827-SSS-DTB

**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**

*[Proposed] Order Filed Herewith*

Hon. Sunshine S. Sykes

Plaintiff Helen Wittman and Defendant CVS Pharmacy, Inc., by and through undersigned counsel, stipulate to an extension of the briefing schedule on Defendant's pending motions and a continuance of the hearing date on both motions. In support of the stipulation, the Parties respectfully submit as follows:

WHEREAS, on August 17, 2026, the Court entered a briefing schedule whereby Defendant would have until August 31, 2026 to respond to the Complaint and Plaintiff would have until October 9, 2026 to file an opposition to any motion (ECF No. 20);

WHEREAS, on August 31, 2026, Defendant filed both a Motion to Dismiss (ECF No. 21) and Motion to Compel Arbitration (ECF No. 23), both of which set a hearing date of October 16, 2026;

WHEREAS, the entered briefing schedule does not provide Defendant an opportunity to file a reply prior to the hearing date;

WHEREAS, none of Plaintiff's counsel are available to handle the hearing on the pending motions on October 16, 2026. Counsel for the Parties conferred about available dates on which the Court holds hearings. Counsel for the Parties determined that November 20, 2026 is the earliest hearing date on which all counsel can be available;

NOW THEREFORE, and for good cause shown, the Parties respectfully submit as follows:

1. Defendant shall have until **October 30, 2026** to file its Reply in Support of the Motion to Dismiss and Motion to Compel Arbitration.

2. The hearing date on Defendant's motions shall be continued until **November 20, 2026 at 2:00 p.m.**, or on such other, later date as is convenient for the Court.

Dated: September 10, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts (SBN 363482)
1330 Ave. of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
E-mail: lilach@crosnerlegal.com
zach@crosnerlegal.com

*Attorneys for Plaintiff*

**TATRO TEKOSKY SADWICK LLP**

By: */s/ Juliet A. Markowitz*
René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

*Attorneys for Defendant*

**LOCAL RULE 5-4.3.4(a)(2) CERTIFICATION**

I, the CM/ECF user whose credentials are being used for filing, hereby certify and attest that all signatories on this document concur as to its content and have authorized both the filing and use of their signatures.

By: */s/ Max S. Roberts*
Max S. Roberts