**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.,

Defendant.

Case No. 5:26-cv-02827-SSS-DTBx

**ORDER GRANTING JOINT STIPULATION EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE**

**NOTE CHANGES MADE BY COURT**

Now before the Court is the Parties' Joint Stipulation to Extending the Briefing Schedule on Defendant's Pending Motions and Continue the Hearing Date. Having considered the stipulation, and for good cause shown, the Court hereby **GRANTS** the stipulation and **ORDERS** as follows:

1. Defendant shall have until **October 30, 2026** to file its Reply in Support of the Motion to Dismiss and Motion to Compel Arbitration.

2. The hearing date on Defendant's motions [Dkt. 21, 23] shall be continued to **November 20, 2026 at 2:00 p.m., via Zoom videoconference.**

**IT IS SO ORDERED.**

Dated: September 14, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE