**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
Zachary M. Crosner (SBN 272295)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
E-mail: lilach@crosnerlegal.com
zach@crosnerlegal.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Max S. Roberts (SBN 363482)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
mroberts@bursor.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN WITTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No. 5:26-cv-02827-SSS (DTBx)<br><br>**DECLARATION OF HELEN WITTMAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: November 20, 2026<br>Time: 2:00 p.m.<br>Ctrm: 2 – 2nd Floor<br>Judge: Hon. Sunshine S. Sykes |

I, Helen Wittman, hereby declare as follows:

1. I am a citizen of the United States, over the age of 18, and the plaintiff in this action. I have first-hand personal knowledge of the facts stated in this Declaration unless otherwise noted. If called to testify, I could and would competently testify as to those facts. I submit this declaration in support of my opposition to the Motion to Compel Arbitration filed by Defendant CVS Pharmacy, Inc. ("CVS").

2. I am a CVS ExtraCare rewards member. I do not remember seeing any arbitration agreement from CVS when I signed up to become a CVS ExtraCare member.

3. I learned during the pendency of this lawsuit that on March 19, 2025, CVS had sent an email to an account associated with my CVS ExtraCare account that said CVS had changed the terms and conditions associated with the CVS ExtraCare account.

4. At the direction of counsel, I searched the email associated with my CVS ExtraCare account. I searched my main inbox, spam folder, and trash, but I was not able to find any email from CVS from March 2025 regarding the terms and conditions for the CVS ExtraCare rewards membership.

5. I do not recall seeing or receiving such an email from CVS, nor do I recall opening such an email, reading such an email, or clicking on any link in said email.

6. I never received, and before this litigation had never seen, the arbitration agreement attached as Exhibit C to the Declaration of Amanda L. Asermely in support of CVS's Motion to Compel Arbitration.

7. I do not remember receiving or reviewing any emails or electronic communications from CVS pertaining to an arbitration agreement. I also do not remember receiving or reviewing any follow-up or reminder emails from CVS pertaining to an arbitration agreement.

8. I am not aware of any arbitration agreement being available at CVS retail stores where I have shopped. I never received any notice from CVS during any in-store transaction about an arbitration agreement. I was never told that shopping at CVS would require me to agree to arbitrate any claims.

9. Because I was unaware that CVS's arbitration agreement existed, and had never seen the agreement or the single email CVS states it sent to my email address in 2025, I did not know I could opt out of it. Had I received an arbitration agreement from CVS, I would have read it and opted out of it. I would not knowingly waive my right to a trial by jury.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct.

Executed in Menifee, California on Oct 6, 2026
(City, State) (Date)

Helen Marian Wittman (Oct 6, 2026 13:38:06 PDT)

Helen Wittman