René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
1800 N. Vine Street, Suite 234
Los Angeles, CA 90028
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
E-mail: rtatro@ttsmlaw.com
jmarkowitz@ttsmlaw.com

Attorneys for Defendant
CVS Pharmacy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HELEN WITTMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CVS PHARMACY, INC.;

Defendant.

Case No. 5:26-cv-02827-SSS (DTBx)

**ORDER ON JOINT STIPULATION RE REPLY BRIEF RE MOTION TO DISMISS**

Honorable Sunshine S. Sykes

Date: November 20, 2026
Time: 2:00 p.m.
Dept: Riverside Ctrm. 2, 2nd Floor (Via Zoom)

Pursuant to the stipulation of the parties, it is hereby ORDERED that Defendant CVS Pharmacy, Inc. shall have until November 6, 2026 to file its reply in support of its motion to dismiss the complaint.

IT IS SO ORDERED.

Dated: October 28, 2026

Honorable Sunshine S. Sykes
United States District Court Judge